**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

MUKHAR KHUGAEV,

    *Petitioner,*

v.

RUSSEL HOLT, et al.

    *Respondents.*

)
)
)
)
)
)
)
)
)
)
)
)
)

No. 1:26-cv-00146-JMD

## ORDER DISMISSING PETITION

Mukhar Khugaev, who is detained by immigration authorities, seeks a writ compelling the Federal Government to grant him a custody hearing. The petition is denied for the reasons stated in *Mejia Olalde v. Noem*, No. 1:25-cv-00168-JMD, 2025 WL 3131942 (E.D. Mo. Nov. 10, 2025); *Suarez v. Noem*, No. 1:25-cv-00202-JMD, 2025 WL 3312168 (E.D. Mo. Nov. 28, 2025); and *Sangwan v. Warden*, No. 1:26-cv-00071-MAL, 2026 WL 1469187 (E.D. Mo. May 26, 2026). *See also Avila v. Bondi*, 170 F.4th 1128 (8th Cir. 2026).

**IT IS HEREBY ORDERED** that Khugaev's petition for a writ of habeas corpus, ECF 1, is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall substitute "Gary Stolzer, Warden of Ste. Genevieve County Detention Center" as the respondent in this matter and modify the case caption accordingly.

Dated this 6th day of July, 2026

_____

JOSHUA M. DIVINE
UNITED STATES DISTRICT JUDGE
FOR THE EASTERN AND WESTERN
DISTRICTS OF MISSOURI

1